COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-07-010-CV

 

 

IN RE J. DOE,
INDIVIDUALLY AND AS                                        RELATOR

NEXT FRIEND OF F. DOE AND R. DOE, 

CHILDREN                                                                                          

                                                                                                        

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relator=s
petition for writ of mandamus is denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

 

PANEL A: 
CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

 

DELIVERED: February 22, 2007











    [1]See
Tex. R. App. P. 47.4.